UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

TAMYCA SHURRAN BRANAM PHILLIPS

      Plaintiff,

  v.

COMMISSIONER SOCIAL SECURITY ADMINISTRATION,

      Defendant.

Case No. 6:20-cv-02058-YY

ORDER GRANTING AWARD OF EAJA FEES, EXPENSES, AND COSTS

Based upon the Plaintiff's Petition (ECF 20), the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(l)(A), the assignment of EAJA fees to Plaintiff's attorney by Plaintiff as discussed in *Astrue v Ratliff*, 560 U.S. 586 (2010), and 28 U.S.C. § 1920, it is hereby ordered that EAJA attorney's fees of $4,929.41, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in *Ratliff*, shall be paid to the Plaintiff, and mailed to the attorney's office.

    Dated: September 28th, 2021.

                                                           /s/ Youlee Yim You
                                                        Youlee Yim You
                                                        United States Magistrate Judge