UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

TAMYCA SHARRUN BRANAM PHILLIPS,
       Plaintiff,                         Civil Action No. 6:20-cv-02058-YY

vs.

COMMISSIONER of Social Security,      ORDER GRANTING AWARD
       Defendant                            OF ATTORNEYS FEES UNDER
                                                                  42 U.S.C. § 406(b)

ORDER

Based upon the Plaintiff's Unopposed Motion for an Award of Attorney's fees pursuant to 42 U.S.C. § 406(b) it is hereby:

ORDERED that Plaintiff is awarded attorney's fees in the amount of $15,287.25, minus $4,929.41 in EAJA fees received and minus $1,070.25 credit by Counsel to client, for the total amount of **$9,287.25** withheld for Plaintiff's federal court attorneys fees.

It is FURTHER ORDERED that the Commissioner may pay Plaintiff's Counsel directly from Plaintiff's back benefits withheld, minus any applicable processing fees allowed by statute, and pay the Plaintiff the remainder of his past due benefits.

DATED this 13th day of January, 2023

                                            /s/ Youlee Yim You
                                            U.S. Magistrate Judge